July 20, 1984.

479 A.2d 1131

City of Philadelphia v. SEPTA, Appellant.

Argued May 23, 1984.   Norman Hegge, Jr., for appellant;   Sarah Makin, Assistant City Solicitor, for appellee.

Before DEL SOLE, MONTEMURO and HOFFMAN, JJ.

Appeal dismissed.